NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK OSHINSKIE,<br><br>                Plaintiff,<br><br>v.<br><br>JAMIE O'GRADY, et al.,<br><br>                Defendants. | Civil Action No. 17-3696 (SDW) (LDW)<br><br>**ORDER**<br><br><br>November 14, 2018 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Leda Dunn Wettre's ("Judge Wettre") Report and Recommendation ("R&R"), dated October 25, 2018, which recommends that Defendants Jamie O'Grady and The Cauldron, Inc.'s (collectively, "Defendants") Motion to Dismiss for lack of personal jurisdiction and improper venue be granted. (ECF No. 41.) Plaintiff Mark Oshinskie ("Plaintiff") objected to the R&R on November 6, 2018, and Defendants responded to Plaintiff's objections on November 9, 2018. (ECF Nos. 42-43.)

Review of the R&R, as well as objections to it, are governed by Local Civil Rule 72.1, which provides that the Court "shall make a *de novo* determination of those portions [of the R&R] to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge." L. Civ. R. 72.1(c)(2).

Having reviewed the R&R and record in this matter, this Court agrees with Judge Wettre's well-founded analysis and conclusions. Plaintiff's objections are without merit, and his allegation that the recommendation of dismissal was "strongly influenced by an aversion to carry a small-

dollar case on the court's docket" is completely baseless. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (ECF No. 41) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

Orig: Clerk
cc: Parties
     Magistrate Judge Wettre